**SP PLUS CORPORATION,**
**Plaintiff-Appellee**

v.

**IPT, LLC, DBA Paylock,**
**Defendant/Third Party**
**Plaintiff-Appellant**

v.

**Professional Account Management**
**LLC, Third Party Defendant-**
**Appellee**

**2017-2151**

United States Court of Appeals,
Federal Circuit.

December 19, 2017

CHRISTOPHER KENT RALSTON, Phelps Dunbar LLP, New Orleans, LA, argued for plaintiff-appellee and third party defendant-appellee. Plaintiff-appellee SP Plus Corporation also represented by LINDSAY CALHOUN, ARTHUR R. KRAATZ.

SCOTT D. STIMPSON, Sills Cummis & Gross P.C., New York, NY, argued for defendant/third party plaintiff-appellant. Also represented by TOD M. MELGAR; MICHAEL J. PISKO, Newark, NJ.

ROBERT PATRICK VANCE, Jones Walker LLP, New Orleans, LA, for third party defendant-appellee. Also represented by TYLER J. RENCH.

(Prost, Chief Judge, Newman and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**